# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY

IN RE:                                                )
                                                      )
    DANNY L. MINOR                      )    CASE NO. 17-33644(1)(13)
    DENA J. MINOR                         )
                                                      )
                      Debtor(s)        )

## MEMORANDUM-OPINION-ORDER

This matter is before the Court on the Objection of Debtor Danny L. Minor ("Debtor") to Notice of Post-Petition Mortgage Fees, Expenses and Charges submitted by Creditor Republic Bank and Trust Company ("Creditor"). Debtor objects to the attorney's fees of $3,001.20 submitted by the Creditor for work performed on this case from November 9, 2017 through March 8, 2018 as excessive.

Creditor contends the fees are reasonable and include pre-petition foreclosure fees and extensive work performed by counsel in the case. This work included reviewing the Petition, Schedules and Plan, attending the 341 Meeting, filing a Motion to Terminate the Stay and a Notice of Non-Compliance, as well as Objecting to Confirmation of the Plan and negotiations with the Debtor's attorney.

The Court reviewed counsel's time records submitted with Creditor's Response to the Objection. The Notice of Post-Petition Mortgage Fees, Expenses and Charges indicate that from the date the Petition was filed on November 9, 2017 to March 8, 2018, Creditor seeks $3,001.20 for compensation at an hourly rate of $220.00 per hour. *T*he Creditor's Notice and time records are consistent with the guidelines set forth in *J.F. Wagner & Sons*, 135 B.R. 264 (Bankr. W.D. 1991).

However, using the lodestar analysis set forth in *Wagner*, the Court must determine whether the services rendered were reasonable, actual and necessary.

The hourly rate of $220 charged by counsel is a reasonable rate for attorneys in this District. This case is a typical Chapter 13 case following a foreclosure action in state court. Many of the time entries were for routine matters that should have taken less time than were shown on the time records. The Court determines that a reasonable amount of time spent on the tasks set forth in the Creditor's Notice would be approximately 8 hours in a similar case. The Court will therefore allow attorney's fees of $1,760.

The Court being duly advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Objection of Debtor Danny L. Minor to Notice of Post-Petition Mortgage Fees, Expenses and Charges requested by Creditor Republic Bank & Trust Company, be and hereby is, **SUSTAINED**. Creditor Republic Bank & Trust Company is allowed attorney's fees in the amount of $1,760 for work performed on this matter from November 9, 2017 through March 8, 2018.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated:  June 20, 2018